**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:23-cv-00498<br>) Honorable John J. Tharp<br>) |
| FONA INTERNATIONAL, INC., DEANNA MAHRIN, JOSH MADDOX, TOMMY NEVILL, LANA HENSLEY, DOWELL DAVIS AND MARCIA YOUNG, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby moves to voluntarily dismiss this action with prejudice.

Dated: April 13, 2023

Respectfully Submitted,

By: /s/ James J. Hickey
James J. Hickey, Atty. No. 6198334
Karen Andersen Moran, Atty. No. 6224382
James.Hickey@kennedyslaw.com
Karen.andersenmoran@kennedyslaw.com
KENNEDYS CMK
30 South Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5000   Fax: (312) 207-2110
*Attorneys for Associated Industries Insurance Company , Inc.*